# EXHIBIT B

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| WHEATLAND BANK,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. SYKES, ARTHUR P. SUNDRY, JR., EDWARD ELSBURY, and MEZZANINE FINANCE LLC,<br><br>Defendants. | Case No.: 09 L 015546 |

## APPEARANCE

Arnold H. Landis hereby files his appearance on behalf of Defendants Michael A. Sykes and Mezzanine Finance LLC.

 

                                            Michael A. Sykes and Mezzanine
                                            Finance LLC

                                            By: Arnold H. Landis, their attorney

Arnold H. Landis
Law Offices of Arnold H. Landis
77 West Washington Street, Suite 702
Chicago, Illinois 60602
Attorney No. 24702
PH: 312-236-6268

(Rev. 4/12/01) CCL 0530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Wheatland Bank

**Plaintiff**

v.

No. 2009 L 015546

Calendar: S

Michael P. Sykes, et al

**Defendant**

## APPEARANCE

☑ **GENERAL APPEARANCE** 0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE; 0904 - APPEARANCE FILED - FEE WAIVED

☐ **SPECIAL AND LIMITED APPEARANCE** 0905 - SPECIAL APPEARANCE - FEE PAID
0906 - SPECIAL APPEARANCE - NO FEE

☐ **JURY DEMAND** 1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of: ☐ Plaintiff  ☑ Defendant

Arthur P. Sundry, Jr.

(INSERT LITIGANT'S NAME)

_____
SIGNATURE

☑ INITIAL COUNSEL OF RECORD    ☐ PRO SE
☐ ADDITIONAL APPEARANCE         ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

**ATTORNEY**

NAME: Leon C. Wexler

ATTORNEY FOR: Arthur P. Sundry, Jr.

ADDRESS: 77 West Washington, Suite 1618

CITY/STATE/ZIP: Chicago, Illinois 60602

TELEPHONE: 312-236-3399 (fax 312-236-0107)

INSURANCE COMPANY: _____

ATTORNEY NUMBER: 10476

**PRO SE**

NAME: _____

ADDRESS: _____

CITY/STATE/ZIP: _____

TELEPHONE: _____

INSURANCE COMPANY: _____

ATTORNEY NUMBER 99500

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Rev. 4/12/01) CCL 0530

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Wheatland Bank
_____
**Plaintiff**

v.

No. 2009 L 015546

Michael P. Sykes, et al
_____
Calendar: S
**Defendant**

## APPEARANCE

☐ **GENERAL APPEARANCE** 0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE;
0904 - APPEARANCE FILED - FEE WAIVED
☐ **SPECIAL AND LIMITED APPEARANCE** 0905 - SPECIAL APPEARANCE - FEE PAID
0906 - SPECIAL APPEARANCE - NO FEE

☐ **JURY DEMAND** 1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of: ☐ Plaintiff ☐ Defendant

Edward Elsbury
_____
(INSERT LITIGANT'S NAME)

_____
SIGNATURE

☐ INITIAL COUNSEL OF RECORD ☐ PRO SE
☐ ADDITIONAL APPEARANCE ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

**ATTORNEY**                                **PRO SE**

NAME: Brian G. Due                          NAME: _____
ATTORNEY FOR: Edward Elsbury                ADDRESS: _____
ADDRESS: 7601 West Montrose Avenue          CITY/STATE/ZIP: _____
CITY/STATE/ZIP: Norridge, Illinois          TELEPHONE: _____
TELEPHONE: 708-452-1726                     INSURANCE COMPANY: _____
INSURANCE COMPANY: _____          ATTORNEY NUMBER 99500
ATTORNEY NUMBER: 21688

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Wheatland Bank

**Plaintiff**

v.

Michael P. Sykes, et al

**Defendant**

No. 2009 L 015546

Calendar: N

## APPEARANCE

☑ **GENERAL APPEARANCE**  0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE;
0904 - APPEARANCE FILED - FEE WAIVED
☐ **SPECIAL AND LIMITED APPEARANCE**  0905 - SPECIAL APPEARANCE - FEE PAID
0906 - SPECIAL APPEARANCE - NO FEE
☐ **JURY DEMAND**  1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of:   ☐ Plaintiff   ☑ Defendant

Edward Elsbury

(INSERT LITIGANT'S NAME)

*Edward Elsbury*
SIGNATURE

☐ INITIAL COUNSEL OF RECORD   ☑ PRO SE
☐ ADDITIONAL APPEARANCE      ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

**ATTORNEY**
NAME: _____
ATTORNEY FOR: _____
ADDRESS: _____
CITY/STATE/ZIP: _____
TELEPHONE: _____
INSURANCE COMPANY: _____
ATTORNEY NUMBER: _____

**PRO SE**
NAME: Edward Elsbury
ADDRESS: 1787 Chadwicke Circle
CITY/STATE/ZIP: Naperville, Illinois 60540
TELEPHONE: 630-369-3302
INSURANCE COMPANY: _____
ATTORNEY NUMBER 99500

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS